# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-5018-01/02-CR-SW-RED |
| MARZETT L. PARKER and, ODELL M. EDWARDS, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Now before the Court are Defendant Parker's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Doc. 45), Defendant Edwards's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Doc. 89), United States's Response to Defendant's Motion to Suppress (Doc. 80), Report and Recommendation of United States Magistrate (Doc. 95), Defendant Parker's Objections to United States Magistrate's Report and Recommendation of 14 August 2007 (Doc. 100), and Defendant Edwards's Objections to the United States Magistrate's Report and Recommendation of June 20, 2007 [sic] (Doc. 101).

Upon careful and independent review of the pending motions, the suggestions filed by the parties in regard to said motions, and the objections filed in response to the Magistrate's Report and Recommendation, and a review of the applicable law, the Court OVERRULES Defendant Parker's Objections to United States Magistrate's Report and Recommendation of 14 August 2007 (Doc. 100) and Defendant Edwards's Objections to the United States Magistrate's Report and Recommendation of June 20, 2007 [sic] (Doc. 101) and ADOPTS the Report and

Recommendation of United States Magistrate (Doc. 95). Accordingly, for the reasons articulated herein and by the Magistrate in the Report and Recommendation, it is hereby **ORDERED** that Defendant Parker's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Doc. 45) and Defendant Edwards's Motion to Suppress Evidence on the Basis of an Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Doc. 89) are **DENIED.**

**IT IS SO ORDERED.**

DATE: November 9, 2007  /s/ Richard E. Dorr
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT